**IT IS SO ORDERED AS MODIFIED**
*Judge Edward J. Davila*

1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CERVANTES-FRUTOS

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No.  CR-11-00353-EJD
                                     )
12          Plaintiff,                )   **[PROPOSED] ORDER** CONTINUING
                                     )   HEARING TO NOVEMBER 21, 2011
13  vs.                              )   at 1:30 p.m.
                                     )
14  JOEL CERVANTES-FRUTOS,           )
                                     )
15          Defendant.                )
    _____)
16

17      Good cause appearing and by stipulation of the parties in the above-captioned matter, it is

18  hereby ordered that the hearing on the hearing currently scheduled on October 3, 2011, shall be

19  continued to November 21, 2011, at 1:30 p.m., and further ordered that the period of delay from

20  October 3, 2011, through and including November 21, 2011, is excluded for purposes of  Title

21  18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

22  SO ORDERED.

23

24  Dated:  _September 28_____, 2011

25                                          _____
                                            HONORABLE, EDWARD J. DAVILA,
26                                          United States District  Judge